IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JACKIE CONE,

    Plaintiff,

v.                                                CASE NO. 4:14-cv-650-MW-GRJ

MICHAEL D CREWS, et al.

    Defendants.

_____/

## REPORT AND RECOMMENDATION

The Court ordered Plaintiff to file an amended complaint on or before January 7, 2015. Doc. 7. Plaintiff did not comply, and the Court ordered Plaintiff to show cause on or before February 12, 2015, as to why this case should not be dismissed for failure to prosecute and failure to comply with an order of the Court. Doc. 14. Plaintiff then requested additional time, and the Court allowed until February 25, 2015, to file the amended complaint. Docs. 15, 16. Again, Plaintiff failed to submit his amended complaint, and the Court again ordered him to show cause, on or before April 3, 2015, as to why his case should not be dismissed. Doc. 17. As of the date of this Report and Recommendation, Plaintiff has failed to respond to the show cause order and has failed to file an amended complaint as directed by the Court.

Accordingly, it is respectfully **RECOMMENDED** that this case should be dismissed for failure to prosecute, all pending motions should be terminated, and the

case closed.

**IN CHAMBERS,** at Gainesville, Florida, this 7th day of April, 2015.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.