# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

JACKIE CONE,

      Plaintiff,

v.                                     Case No. 4:14cv650-MW/GRJ

MICHAEL D. CREWS, et al.,

      Defendants.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered the Magistrate's Report and Recommendation. ECF No. 18. Upon consideration, no objection having been filed by Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. This case is **DISMISSED** for Plaintiff's failure to prosecute. All pending motions are terminated. The Clerk shall close the file.

SO ORDERED on May 6, 2015.

                                                    s/Mark E. Walker            
                                                    **United States District Judge**